FILED
CLERK, U.S. DISTRICT COURT

DEC 23 2009

CENTRAL DISTRICT OF CALIFORNIA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>      v.<br><br>Gary Dean Mischler<br>         Defendant. | ) ) ) ) ) ) ) ) ) ) )<br>ORDER OF DETENTION AFTER HEARING ( Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation Supervised Release) Conditions of Release) |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

    (A)  (X)    the appearance of defendant as required; and/or

    (B)  (X)    the safety of any person or the community.

//

//

The court concludes:

A.    (X)    Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

_his history of violent offense and his alleged drug use and violation of release conditions is overcome by other factors._

(B)    (X)    Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

_his failure to appear to U.S.P.O. is offset by other factors._

IT IS ORDERED that defendant be detained.

DATED: _Dec. 23, 2009_

JOHN E. MCDERMOTT
UNITED STATES MAGISTRATE JUDGE

2